IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALI GHANBARI, <br> #2118464 | § <br> § <br> § | CIVIL NO. 4:22-CV-963-SDJ-AGD |
| VS. | § <br> § | |
| DIRECTOR, TDCJ-CID | § <br> § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge Aileen Goldman Durrett, who entered a Report and Recommendation on March 4, 2026, (Dkt. #17) ("the Report"), recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that the case be dismissed with prejudice. Petitioner filed objections (Dkt. #18).

Petitioner reurges the issues raised in his § 2254 petition. The Court has reviewed the tendered objections, and they generally add nothing new to Petitioner's prior contentions in this case. Despite his arguments, Petitioner fails to show that the Report is in error or that he is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

1

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 27th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2